

Case 2:24-cv-01011-LSC    Document 6    Filed 08/05/24    Page 1 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wakefield & Associates, LLC
c/o Legalinc Corporate Services, Inc.
600 Boulevard South SW, Suite 104A
Huntsville, AL 35802

9590 9402 8448 3156 0111 42

2. Article Number *(Transfer from service label)*

9589 0710 5270 0476 8316 86

**COMPLETE THIS SECTION ON DELIVERY**

2024 Aug-05 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

A. Signature
X *Brittany Hall*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*: Brittany Hall
C. Date of Delivery: 8/2/24

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2024 AUG -5 A 11: 28
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Case 2:24-cv-01011-LSC    Document 6    Filed 08/05/24    Page 2 of 2

USPS TRACKING #

BIRMINGHAM AL 350
2 AUG 2024 PM 2 L

9590 9402 8448 3156 0111 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203
**2:24-cv-01011-LSC**